IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERNESTINA CAZARES SANTILLAN, individually and as the surviving mother of JUAN PABLO PEREZ SANTILLAN and as successor-in-interest to the estate of JUAN PABLO PEREZ SANTILLAN; AMADA CAROLINA MARTINEZ MORALES, as mother and next friend of J*** C****** P**** M****** and N******* D****** P**** M******, minor children of JUAN PABLO PEREZ SANTILLAN and successors-in-interest of the estate of JUAN PABLO PEREZ SANTILLAN; STAPLETON & STAPLETON, a Texas General Partnership, and ED STAPLETON,   *Plaintiffs*, <br><br> v. <br><br> MARC G. ROSENTHAL and ROSENTHAL & WATSON, A Professional Corporation, in its common and assumed name,   *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. _____ <br><br> JURY DEMANDED |

ORDER SETTING HEARING ON
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

On this the ___ day of _____, came to be considered plaintiffs, ERNESTINA CAZARES SANTILLAN, individually and as the surviving mother of JUAN PABLO PEREZ SANTILLAN and as successor-in-interest to the estate of JUAN PABLO PEREZ SANTILLAN (hereafter "CAZARES"), AMADA CAROLINA MARTINEZ MORALES, as mother and next friend of J*** C****** P**** M****** and N******* D****** P**** M******, minor children of JUAN PABLO PEREZ SANTILLAN and successors-in-interest of the estate of JUAN PABLO PEREZ SANTILLAN (hereafter "MARTINEZ"); STAPLETON &

STAPLETON, a Texas General Partnership, and ED STAPLETON's motion for preliminary injunction (hereafter "plaintiffs' motion for preliminary injunction").  After due consideration, the Court hereby sets plaintiffs' motion for preliminary injunction for hearing on the ___ day of _____, 2012 at _____.

    DONE this the ___ day of _____ in Brownsville, Texas.

_____
JUDGE PRESIDING