IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERNESTINA CAZARES SANTILLAN, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL NO. B-12-150 |
| | § | |
| MARC G. ROSENTHAL, ET AL. | § | |
| Defendants. | § | |

## ORDER

In two separate pleadings, all of the plaintiffs have indicated their desire to have this case dismissed. Therefore, this Court hereby **DISMISSES** this case without prejudice. All parties are to bear their own costs.

Signed this 20th day of August, 2012.

Andrew S. Hanen
United States District Judge